IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISSAC VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-00116 |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | RICHARD A. LANZILLO |
| SCI ALBION, ET AL. | ) | |
| | ) | ORDER ON MOTION |
| Defendants. | ) | |

Presently before the Court is Defendants' second Motion for a More Definite Statement pursuant to Fed. R. Civ. P. 12(e). ECF No. 23. Motions for more definite statements are generally disfavored. *U.S. Student Athletes Challenging Regulatory Agency Procedures*, 412 U.S. 669, 690 n. 15 (1973). "A motion for a more definite statement under Fed. R. Civ. P. 12(e) is intended to address unintelligibility, rather than a lack of detail ... ." *Caldor, Inc., v. Laser Computers, Inc.*, 1993 WL 298971, at *1 (D. Conn. June 29, 1993). Although it is not a model of clarity and/or specificity, the Amended Complaint in this case sufficiently sets forth the parties being sued, the facts, and the general legal claims against them. Defendants therefore have sufficient notice as to the facts giving rise to the Plaintiff's claims and have been provided adequate information from which to prepare and submit an answer or other responsive motion.

Accordingly, the Defendants' Motion for a More Definite Statement [ECF No. 23] is DENIED. An order setting deadlines for the filing of an Answer to the Amended Complaint or other responsive pleading will issue separately.

_____
Richard A. Lanzillo
United States Magistrate Judge

Dated this 6th day of December, 2018.

1