IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC RAY VAUGHN, JR., | )<br>) |
| Plaintiff | )<br>)  Case No. 1:18-cv-00116 (ERIE)<br>) |
| vs. | )<br>)  RICHARD A. LANZILLO |
| ALBION PRISON, C.O. BOYD, C.O. WOODS, C.O. CAMRON, C.O. MCINTOSH, C.O. W. CHRISTOPHER, C.O. ARNOLD, MR. LANCE, MS. NORTIN, MS. HERMAN, MS. SNOW, MS. RICHARDS, SUPERINTENDENT MICHAEL CLARK, C.O. MAKENEY, C.O. SEVERO, | )  UNITED STATES MAGISTRATE JUDGE<br>)<br>)<br>)  ORDER<br>)  ON DEFENDANTS' MOTION<br>)  FOR SUMMARY JUDGMENT<br>)<br>)  ECF NO. 43<br>)<br>) |
| Defendants | ) |

It is hereby ORDERED that the Motion for Summary Judgment filed by Defendants (ECF No. 43) is GRANTED. In accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants Albion Prison, C.O. Boyd, C.O. Woods, C.O. Camron, C.O. McIntosh, C.O. W. Christopher, C.O. Arnold, Mr. Lance, Ms. Nortin, Ms. Herman, Ms. Snow, Ms. Richards, Superintendent Michael Clark, C.O. Makeney, and C.O. Severo, with respect to all claims set forth in the Amended Complaint.

Entered and ordered this 26th day of March, 2020.

_____
RICHARD A. LANZILLO
United States Magistrate Judge